

**IT IS ORDERED as set forth below:**

**Date: October 25, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-62146-JRS |
| | ) | |
| JEFFREY KIM DOWDA | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**ORDER AND NOTICE OF HEARING**

On October 24, 2018, Debtor filed a Motion for Emergency Hearing (Doc. No. 15), seeking an emergency hearing on Debtor's Motion to Impose Automatic Stay (Doc. No. 14). For good cause shown, it is hereby

ORDERED that Debtor's Motion for Emergency Hearing is ***GRANTED***. A hearing on Debtor's Motion to Impose Automatic Stay (Doc. No. 14) will be held on October 29, 2018, at 09:00 A.M. in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Debtor's counsel is directed to serve this Order and Notice by e-mail, facsimile, or over-night mail on the Chapter 13 Trustee and *all creditors* and shall file a certificate evidencing such service within one day thereafter.

**END OF DOCUMENT**

Prepared by:

\_\_/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339