IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-62146-JRS |
| | ) | |
| JEFFREY KIM DOWDA | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Howard P. Slomka, attorney for Debtor, certify that the below listed parties have been served with a true and correct copy of the Order and Notice of Hearing (Doc. No. 16) by email, fax or overnight mail as indicated.

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Jeffrey Kim Dowda
14880 Freemanville Road
Alpharetta, GA 30004
(Served Via Email kimdowda@gmail.com)

LVNV Funding, LLC its successors and assigns as
assignee of North Star Capital
Acquisition LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Attn: Deanna Gambrell
(Served Via Email askbk@resurgent.com)

Clayton County Tax Assessor
121 S McDonough St
Jonesboro, GA 30236
Attn: Terry L Baskin
(Served Via Fax 770-477-3326)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
(Served Via Fax 855-814-0583 & 855-821-1194)

Internal Revenue Service
401 W Peachtree St NW
Room 900, M/S 334-D
Atlanta, GA 30308
Attn: Denise Glanton
(Served Via Fax 855-814-0583 & 855-821-1194)

PYOD, LLC its successors and assigns as assignee
of Arrow Financial Services, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602
Attn: Susan Gaines
(Served Via Email askbk@resurgent.com)

SEE ATTACHED. ALL OTHER CREDITORS WERE SERVED EITHER VIA FAX OR EMAIL AS INDICATED

Dated: October 26, 2018

\_\_\_\_/s/_____
Howard Slomka, Esq.
Georgia Bar #652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
17th Floor
Atlanta, GA 30339

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-62146-jrs<br>Northern District of Georgia<br>Atlanta<br>Wed Oct 24 13:38:57 EDT 2018 | Clayton County Tax Assessor<br>121 S McDonough St<br>Jonesboro, GA 30236-3651<br>Via fax 770-477-3326 | Comcast<br>PO Box 530098<br>Atlanta, GA 30353-0098<br>Via fax 215-981-7790 |
| Credit Collectiion Service<br>Po Box 9134<br>Needham Heights, MA 02494-9134<br>Via fax 617-658-5710 | Credit Collection Serv<br>Po Box 607<br>Norwood, MA 02062-0607<br>Via fax 617-658-5710 | Jeffrey Kim Dowda<br>14880 Freemanville Road<br>Alpharetta, GA 30004-6922<br>Kimdowda@gmail.com |
| Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412<br>Via Fax 904-645-3009 | Fingerhut<br>PO Box 166<br>Newark, NJ 07101-0166<br>Via Fax 952-715-4611 | Frost Arnett<br>Po Box 198988<br>Nashville, TN 37219-8988<br>Via fax 615-256-7156 |
| Georgia Auto Pawn<br>5238 Old National Highway<br>Atlanta, GA 30349-3202<br>Via Fax 770-345-9242<br>and  877-350-3962 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202<br>Via fax 404-417-2101 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>Via Fax 855-814-0583<br>and  855-821-1194 |
| PYOD, LLC its successors and assigns as assi<br>of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008<br>askbk@resurgent.com | Revenue System<br>2196 Main Street Suite J<br>Dunedin, FL 34698-5694<br>Via fax 727-712-8038 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |
| Storage Place<br>741 11a Rpad<br>Commerce, GA 30529<br>ldwebb@windstream.net | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309<br>Served via ECF | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216<br>Served via ECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345
Via Fax 404-417-2101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mike Turner

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18